IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR-20-00304-JD |
| ) | |
| CAMERON HUNTER TATE, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Before the Court is Defendant Cameron Hunter Tate's Letter, which the Court construes as a Motion for Early Termination of Supervised Release ("Motion") [Doc. No. 73]. The United States filed a response to the Motion ("Response") [Doc. No. 76]. The United States does not oppose the request, nor does the United States Probation Office. *See* Response at 1–2.

A district court may terminate a term of supervised release and discharge the defendant at any time after expiration of one year of supervision if, after considering certain factors under 18 U.S.C. § 3553, the court "is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1); *cf. Rhodes v. Judiscak*, 676 F.3d 931, 933 (10th Cir. 2012) ("Whether to grant a motion to terminate a term of supervised release under 18 U.S.C. § 3583(e)(1) is a matter of sentencing court discretion."). Having reviewed and considered Mr. Tate's Motion, the government's Response, the position of the United States Probation Office, the relevant factors in 18 U.S.C. § 3553(a), Mr. Tate's conduct, and the interest of justice,

the Court GRANTS the Motion. Mr. Tate has now served more than two years of his three-year term of supervised release. He has had no violations or issues during his term of supervision and has remained fully compliant according to the United States Probation Office. Response at 2. Moreover, Mr. Tate is self-employed full time, has a stable residence, and has paid his restitution in full. *See id.*; *see also* [Doc. Nos. 71, 72].

Accordingly, Mr. Tate's request for early termination of his term of supervised release is GRANTED, and Mr. Tate's term of supervised release is TERMINATED, effective immediately. Mr. Tate is discharged from supervision.

IT IS SO ORDERED this 24th day of February 2025.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE

2